**Paul J. BISHOP, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2011–3052.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2011.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Jamie B. SWIDECKI, Petitioner,**

v.

**DEPARTMENT OF COMMERCE, Respondent.**

No. 2011–3049.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2011.

Jamie B. Swidecki Bakersfield, CA, pro se.

Jessica R. Toplin, Department of Justice, Frank M. Walsh, Department of Commerce, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Robert J. MAY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7006.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2011.